**Entered on Docket**
**March 26, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: March 26, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

| 1 | Prober & Raphael, |
|---|---|
| 2 | A Law Corporation |
| 3 | Dean Prober, Esquire, #106207 |
|   | Lee S. Raphael, Esquire, #180030 |
| 4 | Cassandra J. Richey, Esquire #155721 |
|   | David F. Makkabi, Esquire #249825 |
| 5 | P.O. Box 4365 |
|   | Woodland Hills, CA 91365-4365 |
| 6 | (818) 227-0100 |
| 7 | Attorneys for Secured Creditor |
|   | F.040-1311 |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re                                          ) Bk. No. 10-10138
WILLIAM L. MEDRANO,                            )
                                               ) CHAPTER 7
           Debtor.                             )
                                               ) R.S. No. DRP – 711
                                               )
                                               ) ORDER FOR RELIEF FROM
                                               ) <u>AUTOMATIC STAY</u>
                                               )
                                               ) Hearing-
                                               ) Date : March 25, 2010
                                               ) Time : 9:00 a.m.
                                               ) Place : U.S. Bankruptcy Court
                                               )         99 South E Street
_____        )         Santa Rosa, California
                                               )         Courtroom (bkcy)

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on March 25, 2010 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **8541 Lakewood Avenue, Cotati, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is not waived.

** END OF ORDER**